UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH THOMAS TAKYI, | ) | CASE NO. C09-0609-TSZ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| A. NEIL CLARK, Field Office Director, | ) | |
| U.S. Immigration and Customs Enforcement, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's response, the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, to which no objections or responses have been filed, and the remaining record, finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED, and this action is DISMISSED as moot; and

(3) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 23rd day of November, 2009.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE -1